# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00586-CV

### In re World Class Capital Group, LLC, and World Class Acquisitions, LLC

---

#### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the pending motions are dismissed as moot. *See* Tex. R. App. P. 52.8(a).

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: September 27, 2024